**TO:** All Judges, Court Clerks, Opposing Counsel, and *pro se* party(ies) in and for the U.S. DISTRICT COURT, N.D.GA., ATLANTA DIVISION

### RULE 16 NOTICE(S) OF LEAVE(S) OF ABSENCE

COMES NOW, **Ralph J. Villani**, counsel of record for a party(ies) in each case listed above, and respectfully notifies all Judges, clerks, opposing counsel, and *pro se* party(ies) of his absence(s) from this Court, and all legal proceedings arising from said matters before the court and/or arising thereunder. Said leave(s) of absence shall be recorded upon the subject docket(s) and are as follows:

*November 1, 2007 and November 2, 2007;*
*November 5, 2007 thru November 9, 2007; and,*
*November 12, 2007 and November 13, 2007*

for the reason that he will be out of state and/or outside the jurisdiction of said courts on important family business, seminars, and/or on vacation, and requests that he be protected in each case so listed with respect to any and all legal matters, alternate dispute resolution proceedings, conferences, hearings, depositions, trials, or the like, arising from and/or pending thereunder during said leave(s).

Counsel for all interested parties, and/or pro se parties, have been notified by EMF e-mail of said intended leave(s) of absence from this Court and the request for protection in this case with respect to any and all legal matters arising and/or pending thereunder during said leave.

If there are no *bone fide* objections within ten (10) days, this request, under the Fed.R.Civ.P. and/or Local Rules, must be granted by this Court.

The Clerk of Court is directed and required to enter the leave(s) on the docket of each case.

*VILLANI & ASSOCIATES, P.C.*

By:   /S/ *Ralph J. Villani*
      RALPH J. VILLANI
      Georgia Bar No. 727700

2055-C Scenic Highway, N.
Suite 404
Snellville, GA 30078-6167

(TEL)  (770) 985-6773
(FAX)  (770) 979-5190
(E-mail) law2001@bellaouth.net          **COUNSEL FOR PLAINTIFF/INTERVENER**