IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FADIL DELKIC,<br><br>    Plaintiff,<br><br>v.<br><br>VLADAMIR DJURDJEV and<br>BOJAN (BOB) PANIC,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:07-CV-1864-BBM |

**O R D E R**

This matter is before the court on its own initiative. Plaintiff Fadil Delkic ("Mr. Delkic") filed the above entitled civil action in this court on August 7, 2007. As of this date, Mr. Delkic has filed no proof of service of process upon either of the defendants, nor does the record reflect any evidence that service has ever been properly effected.

Federal Rule of Civil Procedure 4(m) provides that:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant . . . .

Fed. R. Civ. P. 4(m). Accordingly, by this Order, Mr. Delkic is hereby given notice that he must show cause to this court as to why service has not been timely effected,

or, alternatively, that service has <u>in fact</u> been properly effected, within ten (10) days of the entry of this Order on the court's docket. Failure to make such a showing to this court will result in dismissal of this action without prejudice.

    IT IS SO ORDERED, this 12th day of December, 2007.

                                  s/Beverly B. Martin
                                  BEVERLY B. MARTIN
                                  UNITED STATES DISTRICT JUDGE