IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FADIL DELKIC,<br><br>    Plaintiff,<br><br>vs.<br><br>VLADIMIR DJURDJEV, and<br>BOJAN ("BOB") PANIC, *et al.*,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO.:  1:07-CV-1864-BBM<br><br><br><br>*NOTICE* |

**NOTICE OF SERVICE UPON DEFENDANTS**

    Per this Court's December 12, 2007 Order, Plaintiff hereby certifies to this Court that Defendants have been served on December 12, 2007 (*albeit* Plaintiff was assured that said service would be effected on or before December 4, 2007).

    Due, in part, to procedure(s) employed by the Chicago, IL Sheriff's Office, however, the service affidavits and/or confirmations ("Service Documents") of said service upon Defendants has not produced and, upon information and belief, will not be forthcoming for thirty days, or possibly more.

    Plaintiff apologizes to this Court for any such delays and/or inconvenience such delays has caused.

    Counsel for Plaintiff will attempt to secure said Service Documents for Defendants as soon as possible and file same with this Court.

**WHEREFORE,** Plaintiff prays that this Court accept this Certification until such time as the Service Documents are received by counsel and can be filed with this Court and for such further and such other relief this Court deems fair, just and/or equitable.

### CERTIFICATION OF COMPLIANCE

I certify that Defendants' within *NOTICE OF SERVICE UPON DEFENDANTS* has been prepared in 12-point Courier New font and it complies with LR 5.1(B).

Respectfully submitted,

This 15th day of December, 2007.

*VILLANI & ASSOCIATES, P.C.*

_____
Ralph J. Villani
GA Bar No. 727700

2055-C Scenic Hwy., N.
Suite 404
Snellville, GA 30078-6167

(TEL)  (770) 985-6773
(FAX)  (770) 979-5190

(E/M)  law2001@bellsouth.net

COUNSEL FOR PLAINTIFF