# Cook County Sheriff

Richard J. Daley Center
50 West Washington Street, Room 701
Chicago, Illinois 60602
Phone: (312) 603-3324   Fax: (312) 603-3748

## FACSIMILIE TRANMISSION

TO: _RALPH VILLANI_

Attention: _____

From: _CAROL_

Subject: _Proof of Service_

THESE ARE COPIES OF YOUR PROOF — THE ORIGINALS WERE MAILED BACK

Number of Pages Including Cover: _CN (3)_

```
DSP NEXT SCREEN __         CIVIL WRIT MASTER RECORD              SCREEN 01
C.P.J. ENTERED DATE/TIME: 12/04/2007  09:28   ADD OPER. CFH
TYPE OF CASE LA LAW                  DISABLED PERSON _       OPR. ID EDA
SHERIFF'S NUMBER 082764-001D   CASE NUMBER 107CV1864    DISTRICT 219
MUNIC 1 MULT. SERVICE 001 PAUPER'S SUIT _ TYPE OF DOC. 100 SUMMONS
FILED DT 08-07-2007 DIE DT 12-18-2007 REC'D DT 12-03-2007 HELD BY ____
CORP. SEARCH _ DEFENDANT DJURDJEV, VLADIMIR
               ADDRESS 002238 _ LANDMEIER              RD    APT. NO./HOUSE
               072 ELK GROVE VILLAGE         IL. 60007  _____
               PLAINTIFF DELKIC, FADIL
                   SERVICE INFORMATION                              SPJW
SERVICE INFO. CF  C/O UNITED 2 LOGISTICS, INC.  PERSONAL SERVICE ONLY
TYPE OF SERVICE PER PERSONAL    PRN _    REASON NOT SERVED __
SERVED ON DJURDJEV, VLADIMIR       SERVICE DATE 12-12-2007 TIME 08:40 AM
SEX M RACE WH AGE 38 BY DEPUTY-STAR #: 4502 ROSADO, E.
RETURNED DATE 12-13-2007 DATE RETURN TO CLERK MO-DA-YEAR POSTED DATE MO-DA-YEAR
ADDITIONAL REMARKS ED
ATTY NO.  0000
ATTY NAME.: RALPH J. VILLANI,ESQ.                        TAX DEL'Q
ADDRESS...: 2035-C SCENIC HWY., N.                       SHERIFF'S NO.
CITY......: SNELLVILLE            , GA 30078 0000  PH. 770 985 5773

HIT ENTER TO START A NEW REQUEST       FOR NEXT SCREEN, ENTER 02 PRESS PF4
   PF7 INQUIRY                         PF9 MAIN MENU PF10 DB MENU
```

```
DSP NEXT SCREEN __         CIVIL WRIT MASTER RECORD              SCREEN 01
C.P.U. ENTERED DATE/TIME: 12/04/2007  14:39  ADD OPER. CFI
TYPE OF CASE LA LAW                   DISABLED PERSON _       OPR. ID EDA
SHERIFF'S NUMBER 082766-001D    CASE NUMBER 07CV1864        DISTRICT 219
MUNIC I MULT. SERVICE 001 PAUPER'S SUIT _ TYPE OF DOC. 100 SUMMONS
FILED DT 08-07-2007 DIE DT 12-18-2007 REC'D DT 12-03-2007 HELD BY _____
CORP. SEARCH _ DEFENDANT PANIC, BOJAN ("BOB")
             ADDRESS 002238    LANDMEIER          RD    APT. NO./HOUSE
                  072 ELK GROVE VILLAGE      IL. 60007  _____
             PLAINTIFF DELKIC, FADIL
                          SERVICE INFORMATION                      SPJW
SERVICE INFO. CF  C/O UNITED 2 LOGISTICS, INC. PERSONAL SERVICE ONLY
TYPE OF SERVICE PER PERSONAL    PRN _    REASON NOT SERVED __
SERVED ON PANIC, BOJAN            SERVICE DATE 12-12-2007 TIME 08:40 AM
SEX M RACE WH AGE 37 BY DEPUTY-STAR #: 4502 ROSADO, E.
RETURNED DATE 12-13-2007 DATE RETURN TO CLERK MO-DA-YEAR POSTED DATE MO-DA-YEAR
ADDITIONAL REMARKS ED
ATTY NO.  0000                                              TAX DEL'Q
ATTY NAME.: RALPH J. VILLANI, ESQ.                         SHERIFF'S NO.
ADDRESS...: 2085-C SCENIC HWY. N.                          _____  ____
CITY......: SNELLVILLE       , GA 30078 0000  PH. 770 985 6773

HIT ENTER TO START A NEW REQUEST       FOR NEXT SCREEN, ENTER 02 PRESS PF4
  PF7 INQUIRY                          PF9 MAIN MENU PF10 DB MENU
```