IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FADIL DELKIC, | ) |
|     Plaintiff, | ) CIVIL ACTION FILE |
| vs. | ) NO.: 1:07-CV-1864-BBM |
| VLADIMIR DJURDJEV, and BOJAN ("BOB") PANIC, *et al.*, | ) |
|     Defendants. | ) *MOTION* |

**MOTION TO EXCEED PAGE LIMIT AND AUTHORITY THEREFOR**

Pursuant, in part, to this Court's inherent powers and authority to control the matters before it, Plaintiff moves this Court to allow him to exceed the page limit in his Response in Opposition to Plaintiff's Motion to Dismiss to a maximum of <u>fifty (50) pages</u> due to the flux of the law, the complexity of the issues raised and the arguments advanced by the Defendants.

**Argument and Citation to Authority**:

This Court has the inherent authority and equitable powers to allow Plaintiff to exceed the 25-page limit in this matter up to and including 50 pages due to the flux of the law, the complexity of the issues raised and the arguments advanced by the Defendants.

**WHEREFORE,** Plaintiff prays that this Court allow them to exceed the page limit of twenty-five (25) pages and for such

other and further relief this Court deems fair, just and equitable.

 Respectfully submitted,

 This 3rd day of February, 2008.

        ***VILLANI & ASSOCIATES, P.C.***

        */S/ Ralph J. Villani*
        _____
        **Ralph J. Villani**
        GA Bar No. 727700

2055-C Scenic Hwy., N.
Suite 404
Snellville, GA 30078-6167

(TEL) (770) 985-6773
(FAX) (770) 979-5190

(E/M) law2001@bellsouth.net

        COUNSEL FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FADIL DELKIC,<br>    Plaintiff,<br><br>vs.<br><br>VLADIMIR DJURDJEV, BOJAN<br>("BOB") PANIC, *ET AL.*,<br>    Defendants. | CIVIL ACTION FILE<br>NO.:  <u>1:07-cv-1864-BBM</u><br><br>*Hon Beverly B. Martin, Presiding*<br><br><br>ORDER |

<u>ORDER</u>

This matter having come before this Court on Plaintiff's *Motion to Exceed Page Limit and Authority Therefor* and this Court having considered same, it is hereby

ORDERED that Plaintiff shall be and is granted leave to exceed the 25-page limit up to and including fifty (50) pages for his Response to Defendants' *Motion to Dismiss Complaint and Request For Attorney's Fees* [Doc 6].

SO ORDERED this ___ day of _____, 2008.

 

_____
Hon. Beverly B. Martin, Judge
U.S. District Court
Northern District of Georgia
Atlanta Division

Prepared and Submitted by:

 /s/ Ralph J. Villani
Ralph J. Villani
GA Bar No. 727700
Counsel for Plaintiff

**COMBINED CERTIFICATION OF COMPLIANCE AND CERTIFICATE OF SERVICE**

I certify that Plaintiff's within and foregoing *Motion to Exceed Page Limit and Authority Therefor* has been prepared in 12-point Courier New font and it complies with LR 5.1(B).

I further certify that I, this day, electronically filed Plaintiff' *Motion to Exceed Page Limit and Authority Therefor* with the Clerk of this Court using the CM/EMF system which will automatically send E-mail notification of such filing to the following attorney of record:

**Salmeh Fodor, Esq.**   *skfodor@mklawllc.com*

Respectfully submitted,

This 3rd day of February, 2008.

*VILLANI & ASSOCIATES, P.C.*

/S/ *Ralph J. Villani*
_____
**Ralph J. Villani**
GA Bar No. 727700

2055-C Scenic Hwy., N.
Suite 404
Snellville, GA 30078-6167

(TEL)  (770) 985-6773
(FAX)  (770) 979-5190

(E/M)  law2001@bellsouth.net

COUNSEL FOR PLAINTIFF