UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FADIL DELKIC,  Plaintiff,  vs.  VLADIMIR DJURDJEV, BOJAN ("BOB") PANIC, ET AL.,  Defendants. | CIVIL ACTION FILE  NO.: __1:07-cv-1864-BBM__  Hon Beverly B. Martin, Presiding |

TO:   All Judges, Court Clerks, Opposing Counsel and/or *pro se* party(ies)

### RULE 16 NOTICE(S) OF LEAVE(S) OF ABSENCE

COMES NOW, **Ralph J. Villani**, counsel of record in this case, and respectfully notifies all Judges, clerks, opposing counsel, and *pro se* party(ies) of his absence(s) from this Court, and all legal proceedings arising from said matters before the court and/or arising thereunder. Said leave(s) of absence shall be recorded upon the subject docket(s) by the clerk of court and are as follows:

*May 1 and 2, 2008; May 5 thru 9, 2008; and, May 12 thru 15, 2008 (11 days)*

for the reason that he will be, in part, out of the country on a religious pilgrimage and requests that he and his client(s) be protected in the above-styled action with respect to any and all legal matters, calendar calls, conferences (pre-trial or otherwise), hearings, depositions, trials, A.D.R. sessions, or the like, arising from and/or pending thereunder during said leave.

Counsel for all interested parties, and/or pro se parties, have been notified this day *via* FAX, U.S. mail, prepaid, and/or hand-delivery and/or as required by law, of said intended leave(s) of absence from Court and the request for protection in the above-styles case with respect to any and all legal matters arising and/or pending thereunder during said leave. If there are no objections within ten (10) days, this request under the USCR Rules must be granted by this Court. The Clerk of Court is directed and required to enter the leave(s) on the docket of this case.

This 13th day of April, 2008.

*VILLANI & ASSOCIATES, P.C.*

RALPH J. VILLANI, Esq.
Georgia Bar No. 727700

2483 Heritage Village[1]
Suite 16-404
Snellville, GA 30078-6140
(TEL) (770) 985-6773
(FAX) (770) 979-5190
(E-mail) *law2001@bellsouth.net*        COUNSEL FOR [PLAINTIFF] [DEFENDANT]

---

[1] New mailing address for Attorney Ralph J. Villani.