IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FADIL DELKIC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO: 1: 07 – CV – 1864 BBM |
| | ) |
| VLADIMIR DJURDJEV, | ) |
| Individually and/or d/b/a | ) |
| UNITED CARGO, INC., or d/b/a | ) |
| MARUNTE TRUCKING, INC., or | ) |
| d/b/a UNITED 2 LOGISTICS, | ) |
| INC., and/or d/b/a JOHN DOE | ) |
| COMPANY and/or JOHN DOE | ) |
| CORPORATION, AND | ) |
| BOJAN ("BOB") PANIC, Individually | ) |
| and/or d/b/a UNITED CARGO, INC., | ) |
| or d/b/a MARUNTE TRUCKING, INC., | ) |
| or UNITED 2 LOGISTICS, INC., | ) |
| and/or d/b/a JOHN DOE COMPANY | ) |
| and/or JOHN DOE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF LEAVE OF ABSENCE**

Comes now Salmeh K. Fodor and respectfully notifies all Judges before whom she has cases pending, all affected clerks of court, and all opposing counsel, that she will be on leave of absence from June 9, 2008 through and including June 13, 2008, June 16, 2008, and July 21 through and including July 25, 2008. Ms. Fodor will be out of the office on vacation during such leave.

All Judges, clerks, and counsel for each of the parties have been served with a copy of this notice and shall have seven (7) days from the date of this Notice to object. If no objections are filed, the leave shall be granted.

Respectfully submitted this 8th day of May 2008.

s/ Salmeh Fodor, Esq.
Attorney Bar No. 141464
Attorney for Vladimir Djurdjev
and Bojan Panic.
Marchman & Kasraie, LLC
1755 The Exchange, Suite 339
Atlanta, GA 30339
Phone: (678) 904-0085
Fax: (770) 874-0344
Email: SKFodor@mklawllc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FADIL DELKIC,<br><br>　　　　Plaintiff,<br>v.<br><br>VLADIMIR DJURDJEV,<br>Individually and/or d/b/a<br>UNITED CARGO, INC., or d/b/a<br>MARUNTE TRUCKING, INC., or<br>d/b/a UNITED 2 LOGISTICS,<br>INC., and/or d/b/a JOHN DOE<br>COMPANY and/or JOHN DOE<br>CORPORATION, AND<br>BOJAN ("BOB") PANIC, Individually<br>and/or d/b/a UNITED CARGO, INC.,<br>or d/b/a MARUNTE TRUCKING, INC.,<br>or UNITED 2 LOGISTICS, INC.,<br>and/or d/b/a JOHN DOE COMPANY<br>and/or JOHN DOE CORPORATION,<br><br>　　　　Defendants. | CASE NO:<br>1:07–CV–1864–BBM |

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1D of the Local Rules of the Northern District of Georgia, the undersigned counsel of record for Defendants hereby certifies that this pleading has been composed in Times New Roman 14-point font.

*SIGNATURE ON FOLLOWING PAGE*

3

<u>s/ Salmeh Fodor, Esq.</u>
Attorney Bar No. 141464
Attorney for Vladimir Djurdjev
and Bojan Panic.
Marchman & Kasraie, LLC
1755 The Exchange, Suite 339
Atlanta, GA 30339
Phone: (678) 904-0085
Fax: (770) 874-0344
Email:  SKFodor@mklawllc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FADIL DELKIC,                )<br>                              )<br>           Plaintiff,        )<br>v.                            )       CASE NO:<br>                              )       1:07–CV–1864–BBM<br>                              )<br>VLADIMIR DJURDJEV,            )<br>Individually and/or d/b/a     )<br>UNITED CARGO, INC., or d/b/a  )<br>MARUNTE TRUCKING, INC., or    )<br>d/b/a UNITED 2 LOGISTICS,     )<br>INC., and/or d/b/a JOHN DOE   )<br>COMPANY and/or JOHN DOE       )<br>CORPORATION, AND              )<br>BOJAN ("BOB") PANIC, Individually )<br>and/or d/b/a UNITED CARGO, INC., )<br>or d/b/a MARUNTE TRUCKING, INC., )<br>or UNITED 2 LOGISTICS, INC.,  )<br>and/or d/b/a JOHN DOE COMPANY )<br>and/or JOHN DOE CORPORATION,  )<br>                              )<br>           Defendants.        )| |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, I have electronically filed the **Notice of Leave of Absence** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

5

Ralph J. Villani
Attorney for Plaintiff
2055-C Scenic Hwy., N.
Suite 404
Snellville, Georgia 30078
law2001@bellsouth.net

This 8th day of May 2008

s/ Salmeh Fodor, Esq.
Attorney Bar No. 141464
Attorney for Vladimir Djurdjev
and Bojan Panic.
Marchman & Kasraie, LLC
1755 The Exchange, Suite 339
Atlanta, GA 30339
Phone: (678) 904-0085
Fax: (770) 874-0344
Email: SKFodor@mklawllc.com



1755 The Exchange
Suite 339
Atlanta, GA 30339
P) 678-904-0085
F) 770-874-0344

Salmeh K. Fodor
SKFodor@mklawllc.com

May 8, 2008

Ms. Pamela Wright
Courtroom Deputy Clerk
Honorable Judge Beverly B. Martin
United States District Court
United States District Courthouse
1756 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303-3309

Re:   <u>Fadil Delkic vs. Vladimir Djurdjev et al; 1: 07 – CV – 1864 BBM</u>

Dear Ms. Wright:

Pursuant to Local Rule 83, with regard to Leave of Absences, I request that the above-referenced case not be calendared for the periods of:

    June 9, 2008 through and including June 13, 2008;
    June 16, 2008; and
    July 21, 2008 through and including July 25, 2008.

I will be on vacation during the above-mentioned time periods. Thank you for your consideration in this matter.

Sincerely,

                                                <u>s/ Salmeh Fodor, Esq.</u>

SKF:asc

Copy to:   Ralph J. Villani