# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:07−cv−01864−BBM

Delkic v. Djurdjev et al  
Assigned to: Judge Beverly B. Martin  
Cause: 28:1332 Diversity−Fraud

Date Filed: 08/07/2007  
Date Terminated: 06/16/2008  
Jury Demand: Plaintiff  
Nature of Suit: 370 Fraud or Truth−In−Lending  
Jurisdiction: Diversity

**Plaintiff**

**Fadil Delkic**  represented by  **Ralph James Villani**  
Villani &Associates  
2055−C Scenic Highway, North  
Suite 404  
Snellville, GA 30078−6167  
770−985−6773  
Email: law2001@bellsouth.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vladimir Djurdjev**  represented by  **Salmeh K. Fodor**  
*Individually and/or*  
*doing business as*  
John Doe Company  
*doing business as*  
United Cargo, Inc.  
*doing business as*  
Marunte Trucking, Inc.  
*doing business as*  
United 2 Logistics, Inc.  
*doing business as*  
John Doe Corporation

Marchman &Kasraie, LLC  
Suite 339  
1755 The Exchange  
Atlanta, GA 30339  
678−904−0085  
Email: skfodor@mklawllc.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bojan (Bob) Panic**  represented by  **Salmeh K. Fodor**  
*Individually and/or*  
*doing business as*  
United 2 Logistics, Inc.  
*doing business as*  
John Doe Company  
*doing business as*  
United Cargo, Inc.  
*doing business as*  
John Doe Corporation  
*doing business as*  
Marunte Trucking, Inc.

(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2007 | 1 | COMPLAINT with Jury Demand filed and summon(s) issued. Consent form to proceed before U.S. Magistrate and pretrial instructions provided. ( Filing fee $ 350 receipt number 567930.), filed by Fadil Delkic. (Attachments: # 1 Civil Cover Sheet # 2 Summons)(fap) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 08/09/2007) |
| 10/18/2007 | 2 | Notice for Leave of Absence for the following date(s): 11/01/2007, 11/02/2007, 11/05/2007, 11/06/2007, 11/07/2007, 11/08/2007, 11/09/2007, 11/12/2007, 11/13/2007, by Ralph James Villani. (Villani, Ralph) (Entered: 10/18/2007) |
| 12/12/2007 | 3 | ORDER TO SHOW CAUSE: Mr. Delkic is hereby given notice that he must show cause to this court as to why service has not been timely effected, or, alternatively, that service has in fact been properly effected, within ten (10) days of the entry of this Order on the courts docket. Failure to make such a showing to this court will result in dismissal of this action without prejudice. Signed by Judge Beverly B. Martin on 12/12/2007. (pdw) (Entered: 12/12/2007) |
| 12/15/2007 | 4 | RESPONSE TO SHOW CAUSE ORDER 3 Order to Show Cause, filed by Fadil Delkic. (Villani, Ralph) Modified on 12/17/2007 to edit event and text. (aaq). (Entered: 12/15/2007) |
| 12/19/2007 | 5 | RESPONSE TO ORDER TO SHOW CAUSE re: 3 Order to Show Cause, filed by Fadil Delkic. (Villani, Ralph) (Entered: 12/19/2007) |
| 01/02/2008 | 6 | MOTION to Dismiss *Complaint*, MOTION for Attorney Fees with Brief In Support by Bojan (Bob) Panic, Vladimir Djurdjev. (Fodor, Salmeh) (Entered: 01/02/2008) |
| 01/10/2008 | 7 | Notice for Leave of Absence for the following date(s): 02/12, 02/13, 02/14, 02/15, 02/18, 02/19, 02/20, 02/21, 02/22, 02/25, by Salmeh K. Fodor. (Fodor, Salmeh) (Entered: 01/10/2008) |
| 01/18/2008 | 8 | MOTION for Extension of Time re: 6 MOTION to Dismiss *Complaint* MOTION for Attorney Fees *for Plaintiff to Respond to Defendants' Motion and Request up to and through Monday, February 4, 2008* with Brief In Support by Fadil Delkic. (Villani, Ralph) (Entered: 01/18/2008) |
| 01/20/2008 | 9 | DOCUMENT FILING ERROR MOTION to Amend 1 Complaint, *with Amended Complaint attached therein* with Brief In Support by Fadil Delkic. (Villani, Ralph) Modified on 2/4/2008 (ekb). (Entered: 01/20/2008) |
| 01/20/2008 | 14 | REDOCKETED #9 MOTION AS MOTION for Leave to Amend, MOTION to Clarify and/or MOTION to Supplement 1 Complaint, with Amended Complaint attached therein with Brief In Support by Fadil Delkic. (ekb) (Entered: 02/04/2008) |
| 02/03/2008 | 10 | RESPONSE TO ORDER TO SHOW CAUSE re: 3 Order to Show Cause,. (Attachments: # 1 Certification of Service upon Defendant Djurdjev, # 2 Certification of service upon Defendant Panic)(Villani, Ralph) (Entered: 02/03/2008) |
| 02/03/2008 | 11 | RESPONSE TO ORDER TO SHOW CAUSE re: 3 Order to Show Cause,. (Attachments: # 1 Certification of Service Upon Defendant Djurdjev, # 2 Certification of Service Upon Defendant Panic)(Villani, Ralph) (Entered: 02/03/2008) |
| 02/03/2008 | 12 | DOCUMENT FILING ERROR Second MOTION to Amend 9 MOTION to Amend 1 Complaint, *with Amended Complaint attached therein*, 1 Complaint, *with second amended complaint and proposed order attached thereto* with Brief In Support by Fadil Delkic. (Attachments: # 1 Plaintiff's Affidavit and verification)(Villani, Ralph) Modified on 2/4/2008 (ekb). (Entered: 02/03/2008) |
| 02/03/2008 | 13 | MOTION for Leave to File Excess Pages *For Plaintiff's Response to Defendants' Motion to Dismiss and Motion for Attorney Fees* with Brief In Support by Fadil Delkic. (Villani, Ralph) |

| | | |
|---|---|---|
| | | (Entered: 02/03/2008) |
| 02/03/2008 | Ï 15 | REDOCKETED #12 MOTION AS Second MOTION for Leave to Amend, Motion to Clarify and/or MOTION to Supplement 14 MOTION to Amend 1 Complaint with second amended complaint and proposed order attached thereto with Brief In Support by Fadil Delkic. (Attachments: # 1 Plaintiff's Affidavit and Verification)(ekb) (Entered: 02/04/2008) |
| 02/04/2008 | Ï 16 | RESPONSE in Opposition re 6 MOTION to Dismiss *Complaint* MOTION for Attorney Fees filed by Fadil Delkic. (Villani, Ralph) (Entered: 02/04/2008) |
| 02/06/2008 | Ï | Submission of 6 MOTION to Dismiss *Complaint* MOTION for Attorney Fees, 8 MOTION for Extension of Time re: 6 MOTION to Dismiss *Complaint* MOTION for Attorney Fees *for Plaintiff to Respond to Defendants' Motion and Request up to and through Monday, February 4, 2008, submitted to District Judge Beverly B. Martin.* (ekb) (Entered: 02/06/2008) |
| 02/11/2008 | Ï | Submission of 14 MOTION to Amend 1 Complaint, MOTION for Clarification, MOTION to Supplement, submitted to District Judge Beverly B. Martin. (FILE IN CHAMBERS) (ekb) (Entered: 02/11/2008) |
| 02/11/2008 | Ï 17 | REPLY to Response to Motion re 6 MOTION to Dismiss *Complaint* MOTION for Attorney Fees filed by Bojan (Bob) Panic, Vladimir Djurdjev. (Fodor, Salmeh) (Entered: 02/11/2008) |
| 02/12/2008 | Ï 18 | RESPONSE re 15 MOTION to Amend 14 MOTION to Amend 1 Complaint,MOTION for Clarification MOTION to SupplementMOTION to Amend 14 MOTION to Amend 1 Complaint,MOTION for Clarification MOTION to Supplement filed by Bojan (Bob) Panic, Vladimir Djurdjev. (Fodor, Salmeh) (Entered: 02/12/2008) |
| 02/25/2008 | Ï | Submission of 13 MOTION for Leave to File Excess Pages *For Plaintiff's Response to Defendants' Motion to Dismiss and Motion for Attorney Fees*, 15 MOTION for Leave to Amend, MOTION to Clarify and/or MOTION to Supplement 14 MOTION to Amend 1 Complaint, submitted to District Judge Beverly B. Martin. (FILE IN CHAMBERS) (ekb) (Entered: 02/25/2008) |
| 02/29/2008 | Ï 19 | DOCUMENT FILING ERROR Third MOTION to Amend Submission to District Judge, 1 Complaint, with Brief In Support by Fadil Delkic. (Villani, Ralph) Modified on 2/29/2008 (ekb). (Entered: 02/29/2008) |
| 02/29/2008 | Ï 20 | REDOCKETED #19 MOTION AS Third MOTION for leave to Amend, MOTION to Clarify, and/or MOTION to Supplement 1 Complaint, with Brief In Support by Fadil Delkic. (ekb) (Entered: 02/29/2008) |
| 03/21/2008 | Ï | Submission of 20 MOTION to Amend, MOTION to Clarify, and/or MOTION to Supplement 1 Complaint,, submitted to District Judge Beverly B. Martin. (FILE IN CHAMBERS) (ekb) (Entered: 03/21/2008) |
| 03/23/2008 | Ï 21 | DOCUMENT FILING ERROR Emergency MOTION for Relief to enjoin defendants from disposing of their assets during the pendency of this action *and for TRO after a hearing on the issues* with Brief In Support by Fadil Delkic. (Villani, Ralph) Modified on 3/24/2008 (ekb). (Entered: 03/23/2008) |
| 03/23/2008 | Ï 22 | REDOCKETED #21 MOTION AS Emergency MOTION for a Rule 65 Preliminary Injunction, or MOTION for Temporary Restraining Order to prevent defendants from absconding from the jurisdiction of this court and/or from illicitly or illegally liquidating or otherwise disposing of or hiding assets during the pendency of this action with Brief In Support by Fadil Delkic. (ekb) (Entered: 03/24/2008) |
| 03/28/2008 | Ï 23 | RESPONSE re 22 MOTION for Preliminary Injunction MOTION for Temporary Restraining Order filed by Bojan (Bob) Panic, Vladimir Djurdjev. (Fodor, Salmeh) (Entered: 03/28/2008) |

| | | |
|---|---|---|
| 03/28/2008 | Ï | Submission of 22 Emergency MOTION for a Rule 65 Preliminary Injunction, or MOTION for Temporary Restraining Order to prevent defendants from absconding from the jurisdiction of this court and/or from illicitly or illegally liquidating or otherwise disposing of or hiding assets during the pendency of this action, submitted to District Judge Beverly B. Martin. (FILE IN CHAMBERS) (ekb) (Entered: 03/28/2008) |
| 04/04/2008 | Ï 24 | ORDER denying without prejudice 6 Motion to Dismiss Complaint, Motion for Attorney Fees; granting 8 Motion for Extension of Time to Respond re 6 Motion to Dismiss; granting 20 Third Motion for Leave to Amend Complaint; denying as moot 14 Motion to Amend Complaint; denying as moot 15 Second Motion for Leave to Amend Complaint; denying 13 Motion for Leave to File Excess Pages; denying 22 Emergency Motion for a Rule 65 Preliminary Injunction or Temporary Restraining Order. Mr. Delkic is ordered to file his Amended Complaint within 30 days of the date of this Order. Signed by Judge Beverly B. Martin on 4/4/08. (ekb) (Entered: 04/04/2008) |
| 04/13/2008 | Ï 25 | Notice for Leave of Absence for the following date(s): 1 May 2008, 2 May 2008, 5 May 2008, 6 May 2008, 7 May 2008, 8 May 2008, 9 May 2008, 12 May 2008, 13 May 2008, 14 May 2008, 15 May 2008, by Ralph James Villani. (Villani, Ralph) (Entered: 04/13/2008) |
| 05/03/2008 | Ï 26 | AMENDED COMPLAINT against all defendants, filed by Fadil Delkic.(Villani, Ralph) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 05/03/2008) |
| 05/08/2008 | Ï 27 | DOCUMENT FILING ERROR MOTION to Dismiss *Amended Complaint and request for Attorney's Fees* with Brief In Support by Bojan (Bob) Panic, Vladimir Djurdjev. (Fodor, Salmeh) Modified on 5/9/2008 (ekb). (Entered: 05/08/2008) |
| 05/08/2008 | Ï 28 | Notice for Leave of Absence for the following date(s): June 9 2008, June 10 2008, June 11 2008, June 12 2008, June 13 2008, June 16 2008, July 21 2008, July 22 2008, July 23 2008, July 24 2008, July 25 2008, by Salmeh K. Fodor. (Attachments: # 1 Letter re Leave of Absence)(Fodor, Salmeh) (Entered: 05/08/2008) |
| 05/08/2008 | Ï 29 | REDOCKETED #27 MOTION AS Renewed MOTION to Dismiss Complaint, MOTION for Attorney Fees with Brief In Support by Bojan (Bob) Panic, Vladimir Djurdjev. (ekb) (Entered: 05/09/2008) |
| 05/27/2008 | Ï | Submission of the 29 MOTION to Dismiss and MOTION for Attorney Fees to District Judge Beverly B. Martin. (aaq) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 30 | RESPONSE in Opposition re 29 MOTION to DismissMOTION for Attorney Fees filed by Fadil Delkic. (Villani, Ralph) (Entered: 05/27/2008) |
| 05/27/2008 | Ï 31 | Emergency MOTION for Extension of Time File response re: 29 MOTION to DismissMOTION for Attorney Fees *(Emergency Out−Of−Time Motion)* with Brief In Support by Fadil Delkic. (Villani, Ralph) (Entered: 05/27/2008) |
| 06/16/2008 | Ï 32 | ORDER granting in part and denying in part the 29 Motion to Dismiss and 29 Motion for Attorney Fees and granting the 31 Motion for Extension of Time to Respond. This case is hereby TRANSFERRED to the Northern District of Illinois pursuant to 28 U.S.C. § 1406. Signed by Judge Beverly B. Martin on 06/16/08. (aaq) (Entered: 06/17/2008) |
| 06/16/2008 | Ï | Civil Case Terminated. (aaq) (Entered: 06/17/2008) |