# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3509 | **DATE** | 6/20/2008 |
| **CASE TITLE** | FADIL DELKIC vs. VLADIMIR DJURDJEV, ET AL | | |

**DOCKET ENTRY TEXT**

ENTER ORDER REGARDING RICO CLAIMS. Plaintiff shall respond by July 15, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | | Courtroom Deputy Initials: | WH |
|---|---|---|---|