**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:    1-08-cv-3509

FADIL DELKIC v VLADIMIR DJURDJEV et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

FADIL DELKIC, Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> ANDJELKO GALIC | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM   LAW OFFICES OF ANDJELKO GALIC | |
| STREET ADDRESS   107 W VAN BUREN STREET, SUITE 204 | |
| CITY/STATE/ZIP   CHICAGO, IL 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6226756 | TELEPHONE NUMBER  (312) 986-1510 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL           APPOINTED COUNSEL | |