# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3509 | **DATE** | 07/21/2008 |
| **CASE TITLE** | FADIL DELKIC v. VLADIMIR DJURDJEV, ET AL. | | |

**DOCKET ENTRY TEXT**

A status hearing is set on August 8, 2008 at 9:00 a.m. to set the discovery and trial schedule, as well as to discuss the inadequacy of plaintiff's RICO case statement. **See below for details.**

*/s/ Suzanne B. Conlon*

■[ For further details see text below.]    Notices mailed by Judicial staff

---

    This case was filed on August 7, 2007, but plaintiff failed to serve defendants until December 12, 2007. With leave of court, plaintiff filed a 35-page amended complaint on May 3, 2008. On June 16, 2008, the United States District Court in Northern Georgia denied defendants' motion to dismiss for lack of personal jurisdiction, improper venue, *forum non conveniens,* and untimely service of process. On that date, this case was transferred to this court pursuant to 28 U.S.C. § 1406.

    Defendants have failed to file an answer, and it appears that plaintiff has failed to initiate any discovery, despite the age of the case. A technical default shall be entered against defendants if a responsive pleading is not filed by August 6, 2008, with a courtesy copy delivered to chambers by that date, as required by the local rules and this court's standing order.

*/s/ Suzanne B. Conlon*

| | Courtroom Deputy Initials: | WH |
|---|---|---|