# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3509 | **DATE** | 8/8/2008 |
| **CASE TITLE** | FADIL DELKIC vs. VLADIMIR DJURDJEV, ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defense counsels' failure to appear is noted. A technical default is entered against all defendants for failure to answer or otherwise plead to the complaint.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|